IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$4,800.00 IN UNITED STATES CURRENCY,<br>Defendant. | Case No. 20–CV–00477–JPG |

## **JUDGMENT & DECREE FOR FORFEITURE**

This is a civil asset-forfeiture case. Before the Court is the Government's Motion for Judgment of Forfeiture. (ECF No. 11).

In May 2020, the Government filed a Verified Complaint for Forfeiture against Defendant, described as $4,800.00 in United States Currency. (ECF No. 1). The Complaint alleges that the currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. § 801, *et seq*., and is thus subject to forfeiture to the United States under 21 U.S.C. § 881(a)(6).

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court; and the U.S. Marshals Service seized the property on June 18. (ECF No. 7). Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning June 1. (ECF No. 8). And on August 5, the Clerk of Court entered default as to Kayla Lange and all interested parties (ECF No. 10).

Default judgment is hereby entered against all interested parties and in favor of the Government under Federal Rule of Civil Procedure 55(b). The defendant-property, described as $4,800.00 in United States Currency, is hereby ordered forfeited to the United States of America.

— 2 —

No right, title, or interest in the property shall exist in any other party. The property must be disposed of according to law by the U.S. Marshal.

    **IT IS SO ORDERED.**

**Dated: Thursday, October 1, 2020**

                                                   **S/J. Phil Gilbert**
                                                   **J. PHIL GILBERT**
                                                   **UNITED STATES DISTRICT JUDGE**